## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Blake, Joan T

Printed: 12/19/07

Case Number: 07 B 15752
Judge: Goldgar, A. Benjamin
Filed: 8/30/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed: November 6, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Select Legal - The First Choice | Administrative | 1,200.00 | 0.00 |
| 2. | Hsbc/Bstby | Secured | 2,000.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 1,926.06 | 0.00 |
| 4. | Internal Revenue Service | Unsecured | 1,344.72 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 2,518.12 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 4,018.25 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 57.48 | 0.00 |
| 8. | ENH Laboratory Services Clinic | Unsecured |  | No Claim Filed |
| 9. | Ffcc Columbus Inc | Unsecured |  | No Claim Filed |
| 10. | Lou Harris | Unsecured |  | No Claim Filed |
| 11. | First Financial | Unsecured |  | No Claim Filed |
| 12. | North Shore Physicians Group | Unsecured |  | No Claim Filed |
| 13. | Tate & Kirlin | Unsecured |  | No Claim Filed |
|  |  |  | $ 13,064.63 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Blake, Joan T

Printed:  12/19/07

Case Number:  07 B 15752

Judge:  Goldgar, A. Benjamin

Filed:  8/30/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

